**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**ISABEL ACEVEDO VEGA, et al.,
Plaintiffs,**

v.                                                                                   **CIVIL NO. 04-2216 (DRD)**

**VENEGAS CONSTRUCTION CORP.,
et als.,
Defendants**

| MOTION | RULING |
|---|---|
| **Date Filed:** 08/25/05     **Docket #27**<br>[X] **Plff**                         [X] **Deft**<br>[ ] **Other**<br><br>**Title:** STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii) | **GRANTED**. Because both plaintiff, Isabel Acevedo-Vega, et al., and Defendant, Venegas Construction Corp., have appeared and requested the voluntary dismissal without prejudice, the Court hereby **grants** their request, pursuant to Fed.R.Civ.P. 41(a)(1)(ii). **Partial Judgment** shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 26TH day of August 2005.

                                        **S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE**